*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-10-00871-CR

Steve **DOMINGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR6504
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Sandee Bryan Marion, Justice

Delivered and Filed:  February 2, 2011

DISMISSED

Appellant has filed a motion to dismiss his appeal. The motion is granted, and this appeal

is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH